# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORNELIUS TAYLOR,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0419** |
| | : | |
| **DOC,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 21st day of April, 2023, upon consideration of Plaintiff Cornelius Taylor's Motion to Proceed *In Forma Pauperis* (ECF No. 4), it is **ORDERED** that:

1. The Motion is **DENIED** pursuant to 28 U.S.C. § 1915(g) for the reasons stated in the Court's accompanying Memorandum.

2. If Taylor seeks to proceed with this case, he must pay $402 to the Clerk of Court within thirty (30) days of the date of this Order.

3. If Taylor fails to comply with this Order his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, J.**